United States District Court
Southern District of Texas
**ENTERED**
February 25, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES, and the State of Texas, ex rel. Tina Strawn, Plaintiffs; | § § § § | U.S. District Court for the Southern District of Texas |
| | § § | PURSUANT TO 31 U.S.C. 3729 et seq. |
| vs. | § § | |
| HARRIS HEALTH SYSTEM, 2525 Holly Hall, PO Box 66769 Houston, Texas 77054 Defendant | § § § § § | C.A. No. 20-CV-00296 |

## ORDER ON MOTION TO RE-SEAL ORIGINAL COMPLAINT

Before the Court is the unopposed Motion to Re-Seal the Original Complaint. Having considered the motion and the Court GRANTS the motion.

IT IS HEREBY ORDERED that the Original Complaint with the exhibits and amended exhibits be sealed as of the date of this Order.

Plaintiff shall serve the First Amended Complaint within the time permitted under the Federal Rules of Civil Procedure.

February 25, 2021

*/s/ George C. Hanks Jr.*
HON. GEORGE C. HANKS, JR.
JUDGE PRESIDING